IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR20-436(AET) |
| v. | : | Criminal No. 1~~9-1564(AET)~~ |
| | : | |
| JAWAN PAXTON | : | <u>CONSENT ORDER</u> |

This matter having come before the Court on the application of Gina A. Amoriello, Esquire, on behalf of Defendant Jawan Paxton, to modify conditions of release; and the Government having consented to the same; the Court having considered the request, the consent of the parties and for good cause shown,

It is on this 27th day of July, 2020, ORDERED that the Application to Modify Conditions of Release is GRANTED for the limited purpose of removing the condition of location monitoring, home detention and substituting in its place the condition of location monitoring, curfew as set by Pretrial Services. All other terms and conditions of release previously imposed upon the Defendant shall remain in full force and effect.

_____
HON. ANNE E. THOMPSON
United States District Judge